# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §  No. EP:22-CR-00609-DCG(1) |
| | § |
| WILI GARCIA-MENDOZA, | § |
| AKA: VICTOR MORILLO | § |

## ORDER REVOKING SUPERVISED RELEASE

On July 11, 2022, came to be heard the petition for revocation of supervised release in the above styled and numbered cause. The defendant, WILI GARCIA-MENDOZA, AKA: VICTOR MORILLO, appeared in person by and through his counsel of record by Jose F. Moncayo, and the Government appeared by and through its Assistant United States Attorney, Sarah Valenzuela.

After waiving explanation of the charges in the petition to him, defendant, WILI GARCIA-MENDOZA, AKA: VICTOR MORILLO, admitted to the allegations in the petition for revocation of supervised release. Therefore, the Court is of the opinion that the petition for revocation of supervised release should be GRANTED.

It is therefore ORDERED that the petition for revocation of supervised release filed herein on May 10, 2022, be, and it is hereby, GRANTED.

It is further ORDERED that the term of supervised release of defendant, WILI GARCIA-MENDOZA, AKA: VICTOR MORILLO,

granted by Judgment dated March 7, 2019, be, and it is hereby, REVOKED.

It is further ORDERED that the defendant, WILI GARCIA-MENDOZA, AKA: VICTOR MORILLO, is hereby committed to the custody of the Federal Bureau of Prisons for a period of four (4) months as to Count 1; four (4) months as to Count 3; Terms to run concurrently with credit for time served while in custody for this federal offense, and concurrently with that sentence imposed in 3:22-CR-00154-001 in this District.

It is further ORDERED that a certified copy of this Order be delivered to the United States Marshal, or other qualified officer, and the copy serve as the commitment of Defendant.

**SIGNED AND ENTERED** this _11th_ day of July, 2022.

HON. DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE